IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN PRUSIK,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>COLLECTCORP CORPORATION,  )<br>  )<br>        Defendant.  ) | FILED: APRIL 2, 2008<br>08CV1900    J. N.<br>JUDGE PALLMEYER<br>MAG. JUDGE NOLAN |

## COMPLAINT

### MATTERS COMMON TO MULTIPLE CLAIMS

### INTRODUCTION

1.   Plaintiff brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Collectcorp Corporation. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### VENUE AND JURISDICTION

2.   This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331, 28 U.S.C. §1337 and 28 U.S.C. §1367.

3.   Venue and personal jurisdiction in this District are proper because:

   a.   Defendant's collection communications were received by plaintiff within this District;

   b.   Defendant does or transacts business within this District.

### PARTIES

4.   Plaintiff is an individual who resides in the Northern District of Illinois.

5. Defendant Collectcorp Corporation is a corporation that does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6. Collectcorp Corporation is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7. Collectcorp Corporation is a debt collector as defined in the FDCPA.

## FACTS

8. Collectcorp Corporation has been attempting to collect from plaintiff an alleged debt incurred for personal, family or household purposes, namely a student loan which plaintiff guaranteed for one of his children.

9. On December 6, 2007, a representative of Collectcorp Corporation using the name Jesse Right and the telephone number 877-719-7015 x 8660 called plaintiff's place of employment, asked to speak to the person in charge of payroll, and stated to that person that plaintiff had a past due account.

10. The telephone number belongs to Collectcorp Corporation.

11. On February 19, 2008, the same representative of Collectcorp Corporation called plaintiff's place of employment, discussed the debt with Terry Selby, and claimed that plaintiff's employer was liable for the debt, which was not true.

12. On February 23, 2008, a representative of Collectcorp Corporation using the name Nathan Jones called plaintiff's neighbor and asked the neighbor to convey a message to plaintiff about not being able to visit plaintiff.

13. The neighbor informed plaintiff about the message, causing plaintiff embarrassment and distress.

## COUNT I – FDCPA

14. Plaintiff incorporates paragraphs 1-13.

15. Defendant violated 15 U.S.C. §1692c by informing third parties about the

debt.

16. Defendant violated 15 U.S.C. §1692e by representing to Terry Selby that plaintiff's employer was liable for plaintiff's debt.

17. Defendant violated 15 U.S.C. §1692d by contacting plaintiff's neighbor.

WHEREFORE, plaintiff request that the Court enter judgment in favor of plaintiff and against defendant for:

    a. Statutory damages;

    b. Actual damages;

    c. Attorney's fees, litigation expenses and costs of suit;

    d. Such other or further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

18. Plaintiff incorporates paragraphs 1-13.

19. Defendant is a collection agency as defined in the Illinois Collection Agency Act, 225 ILCS 425/1 et seq.

20. Defendant violated the following provisions of 225 ILCS 425/9:

> **. . . (14) Initiating or threatening to initiate communication with a debtor's employer unless there has been a default of the payment of the obligation for at least 30 days and at least 5 days prior written notice, to the last known address of the debtor, of the intention to communicate with the employer has been given to the employee, except as expressly permitted by law or court order. . . .**
>
> **(17) Disclosing or threatening to disclose information relating to a debtor's indebtedness to any other person except where such other person has a legitimate business need for the information or except where such disclosure is regulated by law. . . .**
>
> **(20) Attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist. . . .**

21. A private right of action exists for violation of the ICAA. <u>Sherman v. Field Clinic</u>, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

22. Plaintiff was damaged as a result.

23.　　Defendant's conduct was intentionally wrongful and malicious.

WHEREFORE, plaintiff requests that the Court grant the following relief in favor of plaintiff and against defendant:

    a.　　Compensatory and punitive damages;

    b.　　Costs.

    c.　　Such other and further relief as is appropriate.

### COUNT III – INVASION OF PRIVACY

24.　　Plaintiff incorporates paragraphs 1-13.

25.　　Defendant disturbed plaintiff's reasonable expectation of solicitude by informing third parties of the alleged debt and by leaving messages with plaintiff's neighbor.

26.　　Defendant's conduct was highly offensive to a reasonable individual.

27.　　Plaintiff was damaged as a result.

28.　　Defendant's conduct was intentionally wrongful and malicious.

WHEREFORE, plaintiff requests that the Court grant the following relief in favor of plaintiff and against defendant:

    a.　　Compensatory and punitive damages;

    b.　　Costs.

    c.　　Such other and further relief as is appropriate.

    s/Daniel A. Edelman
    Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

s/Daniel A. Edelman<br>
Daniel A. Edelman

## VERIFICATION

The undersigned certifies under penalty of perjury, as provided by 28 U.S.C. §1746, that the facts stated in the foregoing document are true to the best of the undersigned's knowledge and belief.

_____
John Prusik

T:\21083\Pleading\Complaint_Pleading.wpd

6

## **NOTICE OF LIEN**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)