## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08v1900                    Assigned/Issued By: j. n.

Judge Name: PALLMEYER               Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:* ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP       ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2663712_____

Date Payment Rec'd: 4-2-08_____       Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                           ☐ Other
☐ Writ _____               _____
     *(Type of Writ)*                      _____
                                           *(Type of issuance)*

1_____ Original and 0_____ copies on 4-3-08_____ as to DEFENDANT_____
                                *(Date)*

_____
_____