U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 08 cv 1900
JOHN PRUSIK
v.
COLLECTCORP CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COLLECTCORP CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Jason P. Eckerly, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jason P. Eckerly | |
| FIRM <br> Segal McCambridge Singer & Mahoney, Ltd. | |
| STREET ADDRESS <br> 233 South Wacker Drive, Suite 5500 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288127 | TELEPHONE NUMBER <br> 312-645-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |