**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN PRUSIK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1900 |
| | ) | |
| vs. | ) | The Honorable Pallmeyer |
| | ) | |
| COLLECTCORP CORPORATION, | ) | The Honorable Magistrate Nolan |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:   Daniel A. Edelman, Cathleen M. Combs, Francis R. Greene, James O. Latturner, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle St., 18th Floor, Chicago, IL  60603**

PLEASE TAKE NOTICE THAT on the 17th day of April 2008, Defendant, COLLECTCORP CORPORATION'S Appearance, was filed with the United States District Court for the Northern District of Illinois, Eastern Division.

By:   /s/Jason P. Eckerly
Segal McCambridge Singer & Mahoney
Brian Eldridge (ARDC No. 06281336)
Anastasios T. Foukas (ARDC No. 06281404)
Jason P. Eckerly (ARDC No. 6288127)
Natacha D. von Will (ARDC No. 6284196)
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800