IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN PRUSIK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1900 |
| | ) | |
| vs. | ) | The Honorable Judge Pallmeyer |
| | ) | |
| COLLECTCORP CORPORATION, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**COLLECTCORP'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, COLLECTCORP CORPORATION ("Collectcorp"), by and through its undersigned counsel, respectfully moves this Court for an extension of time of twenty-eight days for which to respond to Plaintiff's Complaint. In support thereof, Collectcorp states as follows:

1. Counsel for Collectcorp was recently retained to defend this lawsuit brought by John Pruisk. The lawsuit was filed on April 2, 2008, and served on Collectcorp via its registered agent on April 4, 2008. Attorney appearances on behalf of Collectcorp were filed on April 16, 2008.

2. Plaintiff's Complaint alleges that Collectcorp violated certain provisions of the Fair Debt Collection Practices Act, the Illinois Collection Agency Act and committed a separate tort for an invasion of privacy through its efforts to collect a certain debt owed by Plaintiff. Plaintiff's Complaint seeks statutory, actual and punitive damages.

3. In order to investigate the factual and legal merits of Plaintiff's Complaint, counsel for Collectcorp needs to collect and review file materials pertaining to this matter and consider the nature of a responsive pleading.

4. Collectcorp respectfully requests that this Court grant an additional twenty-eight days, or until May 22, 2008, for Collectcorp to file its responsive pleading.

5. Counsel for Collectcorp has conferred with Plaintiff's counsel, Francis Greene, and Mr. Greene has no objection to this Motion.

6. The granting of this Motion will not prejudice the parties. The Court's first status conference is set for June 9, 2008 at 9:00 a.m. (See Docket Entry No. 10).

WHEREFORE, for the foregoing reasons, Defendant COLLECTCORP CORPORATION, requests that its motion be granted and that this Court enter an order granting it a twenty-eight day extension, until May 22, 2008, to file its responsive pleading.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s Brian H. Eldridge
         Brian Eldridge (ARDC No. 06281336)
         Anastasios T. Foukas (ARDC No. 06281404)
         SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
         Sears Tower – Suite 5500
         233 S. Wacker Drive
         Chicago, Illinois  60606
         (312) 645-7800