Firm ID No. 13681                4016.101                BHE/ATF/JPE/NDvW:am

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN PRUSIK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1900 |
| | ) | |
| vs. | ) | The Honorable Judge Pallmeyer |
| | ) | |
| COLLECTCORP CORPORATION, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   **Daniel A. Edelman, Cathleen M. Combs, Francis R. Greene, James O. Latturner, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle St., 18th Floor, Chicago, IL 60603**

   PLEASE TAKE NOTICE that on the **23rd day of April 2008, at 8:15 a.m.**/p.m. or as soon thereafter as counsel may be heard, Defendant, **Collectcorp Corporation**, by and through their attorneys, Segal McCambridge Singer & Mahoney, Ltd., shall appear in **Room 2119** of the United States District Court for the Northern District of Illinois before the **Honorable Judge Rebecca R. Pallmeyer**, and then and there present Defendant, **Collectcorp Corporation's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint,** a copy of which is hereby served upon you.

                    Segal McCambridge Singer & Mahoney, Ltd.


            By:    /s/Brian H. Eldridge
                    Segal McCambridge Singer & Mahoney
                    Brian Eldridge (ARDC No. 06281336)
                    Anastasios T. Foukas (ARDC No. 06281404)
                    Jason P. Eckerly (ARDC No. 6288127)
                    Natacha D. von Will (ARDC No. 6284196)
                    Sears Tower
                    233 S. Wacker Drive, Suite 5500
                    Chicago, Illinois 60606
                    (312) 645-7800

972893.1