**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN PRUSIK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1900 |
| | ) | |
| vs. | ) | The Honorable Pallmeyer |
| | ) | |
| COLLECTCORP CORPORATION, | ) | The Honorable Magistrate Nolan |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**TO:** Daniel A. Edelman, Cathleen M. Combs, Francis R. Greene, James O. Latturner, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle St., 18th Floor, Chicago, IL 60603

PLEASE TAKE NOTICE THAT on the 22nd day of May 2008, Defendant, COLLECTCORP CORPORATION'S Answer to Plaintiff's Complaint, was filed with the United States District Court for the Northern District of Illinois, Eastern Division.

           By: /s/Brian H. Eldridge
           Segal McCambridge Singer & Mahoney
           Brian Eldridge (ARDC No. 06281336)
           Anastasios T. Foukas (ARDC No. 06281404)
           Jason P. Eckerly (ARDC No. 6288127)
           Natacha D. von Will (ARDC No. 6284196)
           Sears Tower
           233 S. Wacker Drive, Suite 5500
           Chicago, Illinois 60606
           (312) 645-7800