# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1900 | **DATE** | 8/11/2008 |
| **CASE TITLE** | John Prusik vs. Collectcorp Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/11/2008.  Case is dismissed without prejudice, with leave to reinstate within thirty (30) days.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|